UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| In re: | § | Case No. 08-05538-SWD |
|---|---|---|
| | § | |
| GREGORY L. GOSNICK | § | |
| HARMONY AND VISION | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kelly M. Hagan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $399,278.00 | Assets Exempt: | $186,564.00 |
| Total Distributions to Claimants: | $9,348.39 | Claims Discharged Without Payment: | $1,216,551.44 |
| Total Expenses of Administration: | $22,335.94 | | |

3) Total gross receipts of $39,199.33 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $7,515.00 (see **Exhibit 2**), yielded net receipts of $31,684.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $254,667.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $24,228.82 | $22,335.94 | $22,335.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $6,821.91 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $578,358.00 | $655,554.63 | $648,657.83 | $9,348.39 |
| **Total Disbursements** | $833,025.00 | $686,605.36 | $670,993.77 | $31,684.33 |

   4). This case was originally filed under chapter 7 on 06/25/2008. The case was pending for 79 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 02/02/2015              By:   /s/ Kelly M. Hagan
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1978 IHC 30374 T Tractor - stored  3295 Lee Poi | 1129-000 | $600.00 |
| 1993 Cadillac 10578  6216 Yellowfin Street  Or | 1129-000 | $1,100.00 |
| 1999 Pursuit 28' Fishing Boat & Performance Trai | 1129-000 | $17,000.00 |
| ELECTRONIC EQUIPMENT COMBINED | 1129-000 | $6,380.00 |
| Interest in Visions of Heaven, LLC-1% Debtor(s) | 1129-000 | $4,000.00 |
| Savage Over & Under 12 gauge shotgun Debtor(s) | 1129-000 | $275.00 |
| Sporting goods  Debtor(s) possession | 1129-000 | $1,324.50 |
| PARTIAL OVEREXEMPTION SETTLEMENT  ORDER 6/24/10 | 1249-000 | $8,515.00 |
| Interest Earned | 1270-000 | $4.83 |
| **TOTAL GROSS RECEIPTS** | | **$39,199.33** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| HEATHER LEE YORTY-GOSNICK | Funds to Third Parties | 8500-002 | $7,515.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,515.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AM-South/Regions Bank | 4110-000 | $7,883.00 | $0.00 | $0.00 | $0.00 |
| | AM-South/Regions Bank | 4110-000 | $17,100.00 | $0.00 | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $77,484.00 | $0.00 | $0.00 | $0.00 |
| | HSBC Bank | 4110-000 | $2,200.00 | $0.00 | $0.00 | $0.00 |
| | Regions Bank | 4110-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,667.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES W. BOYD, Trustee | 2100-000 | NA | $3,918.43 | $3,918.43 | $3,918.43 |
| JAMES W. BOYD, Trustee | 2200-000 | NA | $15,789.63 | $13,896.75 | $13,896.75 |
| The Bank of New York Mellon | 2600-000 | NA | $452.81 | $452.81 | $452.81 |
| CENTURY ASSET MGT SALES COMMISSION , Auctioneer for Trustee | 3610-000 | NA | $27.50 | $27.50 | $27.50 |
| CENTURY ASSET MGT SALES COMMISSIONS , Auctioneer for Trustee | 3610-000 | NA | $638.00 | $638.00 | $638.00 |
| CENTURY ASSET MGT. SALES COMMISSIONS , Auctioneer for Trustee | 3610-000 | NA | $2,002.45 | $2,002.45 | $2,002.45 |
| CENTURY ASSET MGT. COST OF SALE , Auctioneer for Trustee | 3620-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $24,228.82 | $22,335.94 | $22,335.94 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Mathes of Alabama | 5200-000 | $0.00 | $1,116.68 | $0.00 | $0.00 |
| 8 | State of Michigan, Department of Treasury | 5800-000 | $0.00 | $3,457.87 | $0.00 | $0.00 |
| 26 | Mathes of Alabama Electric Supply Co Inc | 5200-000 | $0.00 | $1,116.68 | $0.00 | $0.00 |
| 27 | Mathes of Alabama | 5200-000 | $0.00 | $1,130.68 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,821.91 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | Charlene Doody | 7100-000 | $0.00 | $850.96 | $0.00 | $0.00 |
| 3 | Visual Solutions Distributing, Inc | 7100-000 | $0.00 | $13,482.39 | $13,482.39 | $194.31 |
| 4 | Charlene R. Doody | 7100-000 | $0.00 | $850.96 | $0.00 | $0.00 |
| 5 | Charlene R. Doody | 7100-000 | $0.00 | $850.00 | $0.00 | $0.00 |
| 6 | Hall, Kistler & Company, L.L.P. | 7100-000 | $0.00 | $1,265.00 | $1,265.00 | $18.23 |
| 7 | Neuschwander, Faircloth & Hardy, P. C. | 7100-000 | $0.00 | $2,155.49 | $2,155.49 | $31.06 |
| 9 | State of Michigan, Department of Treasury | 7100-000 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 10 | Palm South Development, L.L.C. | 7100-000 | $0.00 | $54,636.48 | $54,636.48 | $0.00 |
| | U.S. Bankruptcy Court - Western District of Michigan (Claim No. 10; Palm South Development, L.L.C.) | 7100-001 | $0.00 | $0.00 | $0.00 | $787.42 |
| 11 | Gulf Shores Insurance Agency | 7100-000 | $0.00 | $703.20 | $703.20 | $10.13 |
| 12 | Charlene Doody | 7100-000 | $0.00 | $850.96 | $0.00 | $0.00 |
| 13 | Homeowners Marketing Services, Inc. | 7100-000 | $0.00 | $612.40 | $612.40 | $8.83 |
| 14 | Cadillac Accounts Receivable Mgmt., Inc. | 7100-000 | $0.00 | $623.00 | $623.00 | $8.98 |
| 15 | Neuschwander, Faircloth & Hardy, P. C. | 7100-000 | $0.00 | $2,155.49 | $2,155.49 | $31.06 |
| 16 | Charlene R. Doody | 7100-000 | $0.00 | $850.96 | $850.96 | $12.26 |
| 17 | Mathes of Alabama | 7100-000 | $1,116.00 | $1,130.68 | $1,130.68 | $16.30 |
| 18 | Homeowners Marketing Services, Inc. | 7100-000 | $0.00 | $612.40 | $612.40 | $8.83 |
| 19 | Michael A. Dasinger, III, Esq. | 7100-000 | $0.00 | $84,775.86 | $84,775.86 | $1,221.78 |
| 20 | American Express Bank FSB | 7100-000 | $0.00 | $32,426.10 | $32,426.10 | $467.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | American Express Centurion Bank | 7100-000 | $0.00 | $16,624.76 | $16,624.76 | $239.59 |
| 22 | American Express Centurion Bank | 7100-000 | $0.00 | $2,493.92 | $0.00 | $0.00 |
| 23 | Advanta Bank Corp | 7100-000 | $0.00 | $24,453.09 | $24,453.09 | $352.42 |
| 24 | Whoville, LLC | 7100-000 | $0.00 | $22,150.53 | $22,150.53 | $319.23 |
| 25 | Heatherlee Yorty-Gosnick | 7100-000 | $0.00 | $390,000.00 | $390,000.00 | $5,620.64 |
| | Advanta Credit Corporation | 7100-000 | $23,166.00 | $0.00 | $0.00 | $0.00 |
| | Alltel Communications | 7100-000 | $238.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $31,105.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $15,304.00 | $0.00 | $0.00 | $0.00 |
| | AT&T Advertising & Publishing | 7100-000 | $5,247.00 | $0.00 | $0.00 | $0.00 |
| | Auto-Owners Insurance | 7100-000 | $39.00 | $0.00 | $0.00 | $0.00 |
| | Automation Gallery, Inc. | 7100-000 | $84,775.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $29,062.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $66,732.00 | $0.00 | $0.00 | $0.00 |
| | Capital One Bank | 7100-000 | $6,641.00 | $0.00 | $0.00 | $0.00 |
| | Charlene Doody | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| | Chase Auto Finance | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | D'Iberville Oil, LLC | 7100-000 | $95.00 | $0.00 | $0.00 | $0.00 |
| | Detroit Bio Medical Laboratories | 7100-000 | $490.00 | $0.00 | $0.00 | $0.00 |
| | Grand Traverse Radiologist, P.C. | 7100-000 | $700.00 | $0.00 | $0.00 | $0.00 |
| | Gulf Shores Builders Supply | 7100-000 | $12.00 | $0.00 | $0.00 | $0.00 |
| | Gulf Shores Insurance Agency | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Hall, Kistler & Company, L.L.P. | 7100-000 | $1,553.00 | $0.00 | $0.00 | $0.00 |
| | Heartland Payment Systems | 7100-000 | $33.00 | $0.00 | $0.00 | $0.00 |
| | Heatherlee Yorty-Gosnick | 7100-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| | Home Depot Credit Services | 7100-000 | $962.00 | $0.00 | $0.00 | $0.00 |
| | Homeowners | 7100-000 | $580.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Marketing Services, Inc. | | | | | |
| Hospitalist of Northwest MI | 7100-000 | $68.00 | $0.00 | $0.00 | $0.00 |
| J. Byron Brackin, III, Esq. | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Mediacom | 7100-000 | $67.00 | $0.00 | $0.00 | $0.00 |
| Mitsubishi Digital Electronics Am., Inc. | 7100-000 | $2,449.00 | $0.00 | $0.00 | $0.00 |
| Munson Medical Center | 7100-000 | $8,510.00 | $0.00 | $0.00 | $0.00 |
| Neuschwander, Faircloth & Hardy, P. C. | 7100-000 | $2,174.00 | $0.00 | $0.00 | $0.00 |
| Northern MI Emergency Physicians | 7100-000 | $213.00 | $0.00 | $0.00 | $0.00 |
| Palm South Development, L.L.C. | 7100-000 | $54,636.00 | $0.00 | $0.00 | $0.00 |
| Polaris StarCard | 7100-000 | $2,629.00 | $0.00 | $0.00 | $0.00 |
| Regions Bank | 7100-000 | $329.00 | $0.00 | $0.00 | $0.00 |
| Regions Bank | 7100-000 | $13,792.00 | $0.00 | $0.00 | $0.00 |
| Russound/FMP, Inc. | 7100-000 | $2,290.00 | $0.00 | $0.00 | $0.00 |
| Sonance | 7100-000 | $354.00 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $1,242.00 | $0.00 | $0.00 | $0.00 |
| The Hartford | 7100-000 | $286.00 | $0.00 | $0.00 | $0.00 |
| Visual Solutions Distributing, Inc. | 7100-000 | $13,819.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Business Direct | 7100-000 | $51,634.00 | $0.00 | $0.00 | $0.00 |
| Whoville, LLC | 7100-000 | $4,364.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $578,358.00 | $655,554.63 | $648,657.83 | $9,348.39 |

Case:08-05538-swd  Doc #:129  Filed: 02/10/2015  Page 8 of 19

Page No: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 08-05538-SWD | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | Date Filed (f) or Converted (c): | 06/25/2008 (f) |
| For the Period Ending: | 2/2/2015 | §341(a) Meeting Date: | 07/29/2008 |
| | | Claims Bar Date: | 07/13/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Parcel One-113.07 acres-undeveloped | $67,700.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | TBTE | | | | | |
| 2 | 4.2-Parcel Two-85.23 acres-undeveloped 4.w/non-f | $32,650.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | TBTE | | | | | |
| 3 | Parcel Three-Home & Lot, New/non-filing spouse | $97,500.00 | $21,258.00 | | $0.00 | FA |
| Asset Notes: | Possible challenge to exemption  "Other costs" is wife's 1/2 interest. | | | | | |
| 4 | Parcel Four-40 acres-undeveloped, ptcw/non-fi | $30,700.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | TBTE | | | | | |
| 5 | Parcel Five-40 acres-undeveloped, w/non-filing s | $47,400.00 | $0.00 | | $0.00 | FA |
| 6 | Cash on hand possession | $2.00 | $2.00 | | $0.00 | FA |
| 7 | Security deposit-commercial lease Palm South Ma | $9,000.00 | $9,000.00 | | $0.00 | FA |
| 8 | Security deposit-warehouse space  Whoville, LLC | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 9 | Household goods & effects Debtor(s) possession | $975.00 | $0.00 | | $0.00 | FA |
| 10 | 1997 Yamaha Clavinova Keyboard Debtor(s) posses | $75.00 | $75.00 | | $0.00 | FA |
| 11 | Household goods & effects Debtor(s) possession | $482.00 | $0.00 | | $0.00 | FA |
| 12 | Wearing apparel  Debtor(s) possession | $432.00 | $0.00 | | $0.00 | FA |
| 13 | Jewelry  Debtor(s) possession | $200.00 | $0.00 | | $0.00 | FA |
| 14 | Sporting goods  Debtor(s) possession | $565.00 | $695.00 | | $1,324.50 | FA |
| 15 | Sporting goods  Debtor(s) possession | $10.00 | $10.00 | | $0.00 | FA |
| 16 | Winchester 3006 Mod70 Deer Rifle with case Debt | $125.00 | $300.00 | | $0.00 | FA |
| 17 | Savage Over & Under 12 gauge shotgun Debtor(s) | $75.00 | $300.00 | | $275.00 | FA |
| 18 | Crossman Air/Pellet Rifle Debtor(s) possession | $10.00 | $20.00 | | $0.00 | FA |
| 19 | IRA account no.: xxx6218 American Funds P O B | $1,250.00 | $0.00 | | $0.00 | FA |
| 20 | Account receivables for Harmony Sound and Vision | $141,323.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Subj to all asset SI of Regions Bank | | | | | |
| 21 | Rent receivable from Patrick Varialli/Automation | $24,720.00 | $24,720.00 | | $0.00 | FA |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 08-05538-SWD | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | Date Filed (f) or Converted (c): | 06/25/2008 (f) |
| For the Period Ending: | 2/2/2015 | §341(a) Meeting Date: | 07/29/2008 |
| | | Claims Bar Date: | 07/13/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| | Asset Notes: | Subj to all asset SI of Regions Bank | | | | |
| 22 | 2007 Federal & State tax refunds, if any. Debt | $1.00 | $0.00 | | $0.00 | FA |
| 23 | 2008 Federal & State tax refunds, if any Debtor | $1.00 | $0.00 | | $0.00 | FA |
| 24 | Claim for unauthorized credit card charge Rolan | $9,130.00 | $9,130.00 | | $0.00 | FA |
| 25 | 4-Wheeler Polaris - stored 3295 Lee Point Road | $2,500.00 | $1,300.00 | | $0.00 | FA |
| 26 | 1971 20' Trailer Skylark 20062 County Road 565 | $75.00 | $275.00 | | $0.00 | FA |
| 27 | 1978 IHC 30374 T Tractor - stored 3295 Lee Poi | $250.00 | $3,000.00 | | $600.00 | FA |
| 28 | 2003 Hallmark Black 05599 snowmobile trailer - s | $1,500.00 | $2,800.00 | | $0.00 | FA |
| 29 | 1998 4-Wheeler Yamaha 80807 County Road 565 | $400.00 | $2,000.00 | | $0.00 | FA |
| 30 | 2002 GMC Sierra 48718 3295 Lee Point Road Sut | $3,000.00 | $725.00 | | $0.00 | FA |
| | Asset Notes: | "other costs" is wife's 1/2 interest | | | | |
| 31 | 1996 Ford Pickup 17351 - stored 3295 Lee Point | $1,000.00 | $400.00 | | $0.00 | FA |
| 32 | 1993 Cadillac 10578 6216 Yellowfin Street Or | $500.00 | $1,750.00 | | $1,100.00 | FA |
| | Asset Notes: | "other costs" is wife's 1/2 interest | | | | |
| 33 | 1997 GMC Box Truck 01307 6216 Yellowfin Street | $4,000.00 | $4,500.00 | | $0.00 | FA |
| 34 | 2004 GMC Savana Van-#1GTFG15X741182748 Warehou | $11,000.00 | $3,117.00 | | $0.00 | FA |
| | Asset Notes: | Repoed prepetition, deficiency balance | | | | |
| 35 | 2006 Chevy 1500 HD Pick Up Ext-Cab Warehouse at | $18,000.00 | $900.00 | | $0.00 | FA |
| | Asset Notes: | Repoed prepetition, deficiency balance | | | | |
| 36 | 1977 Tri-Way 09762 boat trailer - stored 3295 | $250.00 | $400.00 | | $0.00 | FA |
| 37 | 1979 Birmingham Flat-bed Trailer - stored 3295 | $250.00 | $2,500.00 | | $0.00 | FA |
| 38 | 1977 Python 18' 3" boat - stored 3295 Lee Poin | $2,500.00 | $2,000.00 | | $0.00 | FA |
| 39 | 1999 Pursuit 28' Fishing Boat & Performance Trai | $7,500.00 | $11,000.00 | | $17,000.00 | FA |
| | Asset Notes: | "other costs" is wife's 1/2 interest | | | | |
| 40 | 2004 Dell computer server - for Harmony Warehou | $500.00 | $25.00 | | $0.00 | FA |

Case:08-05538-swd Doc #:125 Filed: 02/10/2015 Page 10 of 19

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3
Exhibit 8

| Case No.: | 08-05538-SWD | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | Date Filed (f) or Converted (c): | 06/25/2008 (f) |
| For the Period Ending: | 2/2/2015 | §341(a) Meeting Date: | 07/29/2008 |
| | | Claims Bar Date: | 07/13/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 41 | Tools of the trade Debtor(s) possession | $2,354.00 | $935.00 | | $0.00 | FA |
| 42 | Harmony Sound and Vision Inventory (actual cost) | $72,826.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Subj to all asset SI of Regions Bank | | | | | |
| 43 | English Setter (Korby) & Dalmation (Spirit) Deb | $1.00 | $0.00 | | $0.00 | FA |
| 44 | Joint Personal Checking Account No.: xxxxxxxxxxx | $0.00 | $0.00 | | $0.00 | FA |
| 45 | 50% interest in Alabama Irrigation, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 46 | Interest in Visions of Heaven, LLC-1% Debtor(s) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 47 | Interest in Breath of Heaven, LLC-50% Debtor(s) | $0.00 | $0.00 | | $0.00 | FA |
| 48 | Interest in Gloryland Enterprises, LLC-50% Debt | $0.00 | $0.00 | | $0.00 | FA |
| 49 | Interest in Visions Song, LLC-50% Debtor(s) pos | $0.00 | $0.00 | | $0.00 | FA |
| 50 | PARTIAL OVEREXEMPTION SETTLEMENT ORDER 6/24/10 (u) | $0.00 | $8,515.00 | | $8,515.00 | FA |
| 51 | ELECTRONIC EQUIPMENT COMBINED | $0.00 | $0.00 | | $6,380.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $4.83 | FA |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $598,732.00 | $117,652.00 | | $39,199.33 | $0.00 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4
Exhibit 8

| Case No.: | 08-05538-SWD | | Trustee Name: | Kelly M. Hagan |
| --- | --- | --- | --- | --- |
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | | Date Filed (f) or Converted (c): | 06/25/2008 (f) |
| For the Period Ending: | 2/2/2015 | | §341(a) Meeting Date: | 07/29/2008 |
| | | | Claims Bar Date: | 07/13/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

11/21/13: Report of amended distribution to UST

03/15/13  State of MI amended claims.  Will revise final accordingly.

12/14/12:  Hearing adjourned to 2/1/13

10/22/12:  Objection to final report

07/25/12  Will not pursue objection to wife's claim. Case is ready to close.

06/20/12  Have completed review of wife's claim.

05/17/12  Have reviewed docs in support of Heatherlee Yorty-Gosnick's claim. Insufficient information to determine validity. Subpoenaed further documentation.

04/02/12: Claim objection order

03/30/12  Settlement approved and settlement funds received.

12/23/11  Settled all remaining property and exemption issues for $4,000 cash.  Will prepare stip; also need to object to 3 claims.

10/15/11  Same status.

05/27/11  Continuing negotiation with W. Tuttle re status.

12/15/10  Negotiating settlement with debtor as to remaining property.

10/18/10  Most assets have been sold at auction.  Joint claims have been resolved and withdrawn so debtor will not be remitting equivalent funds.  Remaining issues - home in AL, truck in AL, 4 wheeler in UP.

6/22/10 Turnover motion settled @ $8515 cash and turnover of remaining items.

3/12/10 Sending results of asset/value analysis to W. Tuttle.

3/11/10  Finally made contact with Regions Bank.  Productive conversation with Peggy in BK department. She will review docs and advise whether bank claims a security interest in inventory and receivables.

2/22/10 Century's results received.

12/28/09 Century is making arrangements with WHT to view personal property.

11/24/09 Motion adjourned to January, WHT to provide info.

10/6/09 File motion for turnover of numerous items of information.

5/18/09 Have met with atty Tuttle re outstanding issues and overexemption; awaiting further information from him.

5/7/09:  Double check S Flancher in 30 days re claim for SBT and whether involves wife

3/31/09 Have assembled joint claims and overexemption figures; will make settlement proposal to debtor

12/30/08 Briefed and prevailed on issue re exemptions. Researching value of Alabama property to discuss sale, other options with debtor.

10/14/08  Claimed state law exemptions.  Research suggests Alabama real estate is not exempt as TBTE, will object.  Also several items of non-exempt or over-exempt personal property due to use of state exemptions.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Initial Projected Date Of Final Report (TFR): | 04/30/2009 | | | /s/ KELLY M. HAGAN | |
| Current Projected Date Of Final Report (TFR): | 03/26/2013 | | | KELLY M. HAGAN | |

| Case No. | 08-05538-SWD | | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3047 | | | Checking Acct #: | ******3365 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 6/25/2008 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/19/2010 | (50) | Heatherlee Yorty Gosnick | PARTIAL OVEREXEMPTION SETTLEMENT PER ORDER 6/24/10 | 1249-000 | $8,515.00 | | $8,515.00 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 | | $8,515.19 |
| 08/03/2010 | | Century Asset Management Inc. | SALE OF CAR, BOAT, SPORTING GOODS | * | $16,622.05 | | $25,137.24 |
| | | | CENTURY ASSET MGT. SALES COMMISSIONS $(2,002.45) | 3610-000 | | | $25,137.24 |
| | | | CENTURY ASSET MGT. COST OF SALE $(1,400.00) | 3620-000 | | | $25,137.24 |
| | {14} | | CENTURY ASSET MGT. GROSS PROCEEDS VARIOUS SPORTING GOODS $1,324.50 | 1129-000 | | | $25,137.24 |
| | {27} | | CENTURY ASSET MGT. GROSS PROCEEDS TRACTOR $600.00 | 1129-000 | | | $25,137.24 |
| | {32} | | CENTURY ASSET MGT GROSS PROCEEDS 93 CADILLAC $1,100.00 | 1129-000 | | | $25,137.24 |
| | {39} | | CENTURY ASSET MGT GROSS PROCEEDS 28' POWERBOAT $17,000.00 | 1129-000 | | | $25,137.24 |
| 08/24/2010 | 1001 | HEATHER LEE YORTY-GOSNICK | SALE PROCEEDS TO CO-OWNER PER SALES ORDER OF 7/22/10 | 8500-002 | | $7,515.00 | $17,622.24 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.40 | | $17,623.64 |
| 09/20/2010 | | Century Asset Managment, Inc. | PROCEEDS SALE SHOT GUN | * | $247.50 | | $17,871.14 |
| | | | CENTURY ASSET MGT SALES COMMISSION $(27.50) | 3610-000 | | | $17,871.14 |
| | {17} | | CENTURY ASSET MGT. GROSS PROCEEDS SALE SHOTGUN $275.00 | 1129-000 | | | $17,871.14 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.18 | | $17,871.32 |
| 10/19/2010 | | Century Asset Management, Inc. | SALE OF ELECTRONIC EQUIPMENT | * | $5,742.00 | | $23,613.32 |
| | | | CENTURY ASSET MGT SALES COMMISSIONS $(638.00) | 3610-000 | | | $23,613.32 |
| | {51} | | CENTURY ASSET MANAGEMENT GROSS SALES PROCEEDS $6,380.00 | 1129-000 | | | $23,613.32 |
| | | | **SUBTOTALS** | | $31,128.32 | $7,515.00 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-05538-SWD | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3047 | | Checking Acct #: | ******3365 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/25/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $23,613.49 |
| 11/15/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $23,613.58 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $23,613.68 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $23,613.88 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $23,614.08 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.18 | | $23,614.26 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $23,614.46 |
| 04/25/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $23,614.61 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $23,614.64 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $23,614.84 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $23,615.03 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $23,615.23 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $45.29 | $23,569.94 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.20 | | $23,570.14 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $54.90 | $23,515.24 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.62) | $23,516.86 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $23,517.05 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $48.32 | $23,468.73 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $23,468.92 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $46.61 | $23,422.31 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $23,422.50 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $51.34 | $23,371.16 |
| | | | **SUBTOTALS** | | $2.68 | $244.84 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-05538-SWD | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3047 | | Checking Acct #: | ******3365 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/25/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $23,371.35 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $48.02 | $23,323.33 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $23,323.52 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $50.98 | $23,272.54 |
| 02/02/2012 | (46) | Wallace H. Tuttle Client Trust Account | INTEREST IN VISIONS OF HEAVEN | 1129-000 | $4,000.00 | | $27,272.54 |
| 02/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $53.20 | $27,219.34 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $55.77 | $27,163.57 |
| 12/06/2012 | | RABOBANK MIGRATION | TRANSFER TO *********9088 ****1206 | 9999-000 | | $27,163.57 | $0.00 |
| | | | **TOTALS:** | | $35,131.38 | $35,131.38 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $27,163.57 | |
| | | | **Subtotal** | | $35,131.38 | $7,967.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $35,131.38 | $7,967.81 | |

| For the period of 6/25/2008 to 2/2/2015 | | For the entire history of the account between 07/19/2010 to 2/2/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $39,199.33 | Total Compensable Receipts: | $39,199.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,199.33 | Total Comp/Non Comp Receipts: | $39,199.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,520.76 | Total Compensable Disbursements: | $4,520.76 |
| Total Non-Compensable Disbursements: | $7,515.00 | Total Non-Compensable Disbursements: | $7,515.00 |
| Total Comp/Non Comp Disbursements: | $12,035.76 | Total Comp/Non Comp Disbursements: | $12,035.76 |
| Total Internal/Transfer Disbursements: | $27,163.57 | Total Internal/Transfer Disbursements: | $27,163.57 |

Page No. 4
Case:08-05538-swd   Doc #:129   Filed: 02/10/2015   Page 15 of 19   Exhibit 9
**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-05538-SWD | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3047 | | Checking Acct #: | ******2828 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/25/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/18/2014 | | Rabobank Wire-fbo James W. Boyd, predecessor | Wire in | 9999-000 | $787.42 | | $787.42 |
| 11/23/2014 | 3001 | U.S. Bankruptcy Court - Western District of | Unclaimed dividends | 7100-001 | | $787.42 | $0.00 |
| | | | TOTALS: | | $787.42 | $787.42 | $0.00 |
| | | | Less: Bank transfers/CDs | | $787.42 | $0.00 | |
| | | | Subtotal | | $0.00 | $787.42 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $787.42 | |

| **For the period of 6/25/2008 to 2/2/2015** | | **For the entire history of the account between 11/10/2014 to 2/2/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $787.42 | Total Internal/Transfer Receipts: | $787.42 |
| | | | |
| Total Compensable Disbursements: | $787.42 | Total Compensable Disbursements: | $787.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $787.42 | Total Comp/Non Comp Disbursements: | $787.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-05538-SWD | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | Bank Name: | Rabobank N.A. |
| Primary Taxpayer ID #: | **-***3047 | Checking Acct #: | ******9866 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/25/2008 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2012 | | RABOBANK MIGRATION | RABOBANK MIGRATION | 9999-000 | $27,163.57 | | $27,163.57 |
| 06/03/2013 | 11002 | JAMES W. BOYD | Dividend paid 100.00% on $3,918.43, Trustee Compensation; Reference: | 2100-000 | | $3,918.43 | $23,245.14 |
| 06/03/2013 | 11003 | JAMES W. BOYD | Dividend paid 100.00% on $13,876.50, Trustee Expenses; Reference: | 2200-000 | | $13,876.50 | $9,368.64 |
| 06/03/2013 | 11004 | State of Michigan, Department of Treasury | Dividend paid 100.00% on $3,457.87; Claim# 8; Filed: $3,457.87; Reference: | 5800-000 | | $3,457.87 | $5,910.77 |
| 06/03/2013 | 11005 | Visual Solutions Distributing, Inc | Dividend paid 0.90% on $13,482.39; Claim# 3; Filed: $13,482.39; Reference: | 7100-000 | | $122.20 | $5,788.57 |
| 06/03/2013 | 11006 | Hall, Kistler & Company, L.L.P. | Dividend paid 0.90% on $1,265.00; Claim# 6; Filed: $1,265.00; Reference: | 7100-000 | | $11.47 | $5,777.10 |
| 06/03/2013 | 11007 | Neuschwander, Faircloth & Hardy, P. C. | Dividend paid 0.90% on $2,155.49; Claim# 7; Filed: $2,155.49; Reference: | 7100-000 | | $19.54 | $5,757.56 |
| 06/03/2013 | 11008 | State of Michigan, Department of Treasury | Dividend paid 0.90% on $1,000.00; Claim# 9; Filed: $1,000.00; Reference: | 7100-000 | | $9.06 | $5,748.50 |
| 06/03/2013 | 11009 | Palm South Development, L.L.C. | Dividend paid 0.90% on $54,636.48; Claim# 10; Filed: $54,636.48; Reference: | 7100-000 | | $495.20 | $5,253.30 |
| 06/03/2013 | 11009 | Palm South Development, L.L.C. | Dividend paid 0.90% on $54,636.48; Claim# 10; Filed: $54,636.48; Reference: | 7100-004 | | ($495.20) | $5,748.50 |
| 06/03/2013 | 11010 | Gulf Shores Insurance Agency | Dividend paid 0.90% on $703.20; Claim# 11; Filed: $703.20; Reference: | 7100-000 | | $6.37 | $5,742.13 |
| 06/03/2013 | 11011 | Homeowners Marketing Services, Inc. | Dividend paid 0.90% on $612.40; Claim# 13; Filed: $612.40; Reference: | 7100-000 | | $5.55 | $5,736.58 |
| 06/03/2013 | 11012 | Cadillac Accounts Receivable Mgmt., Inc. | Dividend paid 0.90% on $623.00; Claim# 14; Filed: $623.00; Reference: | 7100-000 | | $5.65 | $5,730.93 |
| 06/03/2013 | 11013 | Neuschwander, Faircloth & Hardy, P. C. | Dividend paid 0.90% on $2,155.49; Claim# 15; Filed: $2,155.49; Reference: | 7100-000 | | $19.54 | $5,711.39 |
| 06/03/2013 | 11014 | Charlene R. Doody | Dividend paid 0.90% on $850.96; Claim# 16; Filed: $850.96; Reference: | 7100-000 | | $7.71 | $5,703.68 |
| 06/03/2013 | 11015 | Mathes of Alabama | Dividend paid 0.90% on $1,130.68; Claim# 17; Filed: $1,130.68; Reference: | 7100-000 | | $10.25 | $5,693.43 |
| 06/03/2013 | 11016 | Homeowners Marketing Services, Inc. | Dividend paid 0.90% on $612.40; Claim# 18; Filed: $612.40; Reference: | 7100-000 | | $5.55 | $5,687.88 |
| 06/03/2013 | 11017 | Michael A. Dasinger, III, Esq. | Dividend paid 0.90% on $84,775.86; Claim# 19; Filed: $84,775.86; Reference: | 7100-000 | | $768.36 | $4,919.52 |
| 06/03/2013 | 11018 | American Express Bank FSB | Dividend paid 0.90% on $32,426.10; Claim# 20; Filed: $32,426.10; Reference: | 7100-000 | | $293.89 | $4,625.63 |
| 06/03/2013 | 11019 | American Express Centurion Bank | Dividend paid 0.90% on $16,624.76; Claim# 21; Filed: $16,624.76; Reference: | 7100-000 | | $150.68 | $4,474.95 |
| 06/03/2013 | 11020 | American Express Centurion Bank | Dividend paid 0.90% on $2,493.92; Claim# 22; Filed: $2,493.92; Reference: | 7100-000 | | $22.60 | $4,452.35 |
| 06/03/2013 | 11020 | American Express Centurion Bank | Dividend paid 0.90% on $2,493.92; Claim# 22; Filed: $2,493.92; Reference: | 7100-003 | | ($22.60) | $4,474.95 |

SUBTOTALS    $27,163.57    $22,688.62

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-05538-SWD | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | Bank Name: | Rabobank N.A. |
| Primary Taxpayer ID #: | **-***3047 | Checking Acct #: | ******9866 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/25/2008 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/03/2013 | 11021 | Advanta Bank Corp | Dividend paid 0.90% on $24,453.09; Claim# 23; Filed: $24,453.09; Reference: | 7100-000 | | $221.63 | $4,253.32 |
| 06/03/2013 | 11022 | Whoville, LLC | Dividend paid 0.90% on $22,150.53; Claim# 24; Filed: $22,150.53; Reference: | 7100-000 | | $200.76 | $4,052.56 |
| 06/03/2013 | 11023 | Heatherlee Yorty-Gosnick | Dividend paid 0.90% on $390,000.00; Claim# 25; Filed: $390,000.00; Reference: | 7100-000 | | $3,534.76 | $517.80 |
| 07/23/2013 | | State of Michigan | ST OF MICHIGAN REFUNDS DISTRIBUTION PAYMENTS AFTER TFR, WITHDRAWS CLAIMS | * | | ($3,466.93) | $3,984.73 |
| | | | State of Michigan, Department of Treasury ST MI REFUND CLAIM PAID   $3,457.87 | 5800-000 | | | $3,984.73 |
| | | | State of Michigan, Department of Treasury ST MI REFUND   $9.06 | 7100-000 | | | $3,984.73 |
| 02/13/2014 | 11024 | JAMES W. BOYD | Dividend paid 100.00% on $13,896.75, Trustee Expenses; Reference: | 2200-000 | | $20.25 | $3,964.48 |
| 02/13/2014 | 11025 | Visual Solutions Distributing, Inc | Dividend paid 1.44% on $13,482.39; Claim# 3; Filed: $13,482.39; Reference: | 7100-000 | | $72.11 | $3,892.37 |
| 02/13/2014 | 11026 | Hall, Kistler & Company, L.L.P. | Dividend paid 1.44% on $1,265.00; Claim# 6; Filed: $1,265.00; Reference: | 7100-000 | | $6.76 | $3,885.61 |
| 02/13/2014 | 11027 | Neuschwander, Faircloth & Hardy, P. C. | Dividend paid 1.44% on $2,155.49; Claim# 7; Filed: $2,155.49; Reference: | 7100-000 | | $11.52 | $3,874.09 |
| 02/13/2014 | 11028 | Palm South Development, L.L.C. | Dividend paid 1.44% on $54,636.48; Claim# 10; Filed: $54,636.48; Reference: | 7100-000 | | $787.42 | $3,086.67 |
| 02/13/2014 | 11029 | Neuschwander, Faircloth & Hardy, P. C. | Dividend paid 1.44% on $2,155.49; Claim# 15; Filed: $2,155.49; Reference: | 7100-000 | | $11.52 | $3,075.15 |
| 02/13/2014 | 11030 | Mathes of Alabama | Dividend paid 1.44% on $1,130.68; Claim# 17; Filed: $1,130.68; Reference: | 7100-000 | | $6.05 | $3,069.10 |
| 02/13/2014 | 11031 | Michael A. Dasinger, III, Esq. | Dividend paid 1.44% on $84,775.86; Claim# 19; Filed: $84,775.86; Reference: | 7100-000 | | $453.42 | $2,615.68 |
| 02/13/2014 | 11032 | American Express Bank FSB | Dividend paid 1.44% on $32,426.10; Claim# 20; Filed: $32,426.10; Reference: | 7100-000 | | $173.43 | $2,442.25 |
| 02/13/2014 | 11033 | American Express Centurion Bank | Dividend paid 1.44% on $16,624.76; Claim# 21; Filed: $16,624.76; Reference: | 7100-000 | | $88.91 | $2,353.34 |
| 02/13/2014 | 11034 | Advanta Bank Corp | Dividend paid 1.44% on $24,453.09; Claim# 23; Filed: $24,453.09; Reference: | 7100-000 | | $130.79 | $2,222.55 |
| 02/13/2014 | 11035 | Whoville, LLC | Dividend paid 1.44% on $22,150.53; Claim# 24; Filed: $22,150.53; Reference: | 7100-000 | | $118.47 | $2,104.08 |
| 02/13/2014 | 11036 | Heatherlee Yorty-Gosnick | Dividend paid 1.44% on $390,000.00; Claim# 25; Filed: $390,000.00; Reference: | 7100-000 | | $2,085.88 | $18.20 |
| 02/13/2014 | 11037 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | $18.20 | $0.00 |
| 02/13/2014 | 11037 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-003 | | ($18.20) | $18.20 |

**SUBTOTALS** $0.00  $4,456.75

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-05538-SWD | | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | | | Bank Name: | Rabobank N.A. |
| Primary Taxpayer ID #: | **-***3047 | | | Checking Acct #: | ******9866 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 6/25/2008 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/13/2014 | 11038 | Gulf Shores Insurance Agency | Dividend paid   1.44% on $703.20; Claim# 11; Filed: $703.20; Reference: | 7100-000 | | $3.76 | $14.44 |
| 02/13/2014 | 11039 | Homeowners Marketing Services, Inc. | Dividend paid   1.44% on $612.40; Claim# 13; Filed: $612.40; Reference: | 7100-000 | | $3.28 | $11.16 |
| 02/13/2014 | 11040 | Cadillac Accounts Receivable Mgmt., Inc. | Dividend paid   1.44% on $623.00; Claim# 14; Filed: $623.00; Reference: | 7100-000 | | $3.33 | $7.83 |
| 02/13/2014 | 11041 | Charlene R. Doody | Dividend paid   1.44% on $850.96; Claim# 16; Filed: $850.96; Reference: | 7100-000 | | $4.55 | $3.28 |
| 02/13/2014 | 11042 | Homeowners Marketing Services, Inc. | Dividend paid   1.44% on $612.40; Claim# 18; Filed: $612.40; Reference: | 7100-000 | | $3.28 | $0.00 |
| 11/18/2014 | | Rabobank Wire-fbo James W. Boyd, predecessor | Wire out | 9999-000 | | $787.42 | ($787.42) |
| 11/18/2014 | 11028 | STOP PAYMENT: Palm South Development, L.L.C. | Dividend paid   1.44% on $54,636.48; Claim# 10; Filed: $54,636.48; Reference: | 7100-004 | | ($787.42) | $0.00 |
| | | | TOTALS: | | $27,163.57 | $27,163.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $27,163.57 | $787.42 | |
| | | | Subtotal | | $0.00 | $26,376.15 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $26,376.15 | |

| For the period of 6/25/2008 to 2/2/2015 | | For the entire history of the account between 12/04/2012 to 2/2/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $27,163.57 | Total Internal/Transfer Receipts: | $27,163.57 |
| | | | |
| Total Compensable Disbursements: | $26,376.15 | Total Compensable Disbursements: | $26,376.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,376.15 | Total Comp/Non Comp Disbursements: | $26,376.15 |
| Total Internal/Transfer Disbursements: | $787.42 | Total Internal/Transfer Disbursements: | $787.42 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-05538-SWD | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | GOSNICK, GREGORY L. AND VISION, HARMONY AND | | Bank Name: | Rabobank N.A. |
| Primary Taxpayer ID #: | **-***3047 | | Checking Acct #: | ******9866 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/25/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/2/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $35,131.38 | $35,131.38 | $0.00 |

| **For the period of 6/25/2008 to 2/2/2015** | | **For the entire history of the case between 06/25/2008 to 2/2/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $39,199.33 | Total Compensable Receipts: | $39,199.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,199.33 | Total Comp/Non Comp Receipts: | $39,199.33 |
| Total Internal/Transfer Receipts: | $27,950.99 | Total Internal/Transfer Receipts: | $27,950.99 |
| | | | |
| Total Compensable Disbursements: | $31,684.33 | Total Compensable Disbursements: | $31,684.33 |
| Total Non-Compensable Disbursements: | $7,515.00 | Total Non-Compensable Disbursements: | $7,515.00 |
| Total Comp/Non Comp Disbursements: | $39,199.33 | Total Comp/Non Comp Disbursements: | $39,199.33 |
| Total Internal/Transfer Disbursements: | $27,950.99 | Total Internal/Transfer Disbursements: | $27,950.99 |